FILED

MAY 15 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-01253-GEB-CKD |
|---|---|
| Plaintiff, | |
| v. | ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES IN REM |
| APPROXIMATELY 26,973.00 IN U.S. CURRENCY, | |
| Defendant. | |

   WHEREAS, a Verified Complaint for Forfeiture In Rem has been filed on May 10, 2012, in the United States District Court for the Eastern District of California, alleging that the defendant Approximately $26,973.00 in U.S. Currency (hereafter "defendant currency"), is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 et seq.;

   And, the Court being satisfied that, based on the Verified Complaint for Forfeiture In Rem and the affidavit of Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations Special Agent, Sean Hildenbrand, there is probable cause to believe that the defendant currency so described constitutes property that is subject to forfeiture for such violation(s), and that

1  grounds for the issuance of a Warrant for Arrest of Articles In Rem exist, pursuant to
2  Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset
3  Forfeiture Actions;
4      IT IS HEREBY ORDERED that the Clerk for the United States District Court,
5  Eastern District of California, shall issue a Warrant for Arrest of Articles In Rem for
6  the defendant currency.
7  Dated: May 14, 2012

CRAIG M. KELLISON
United States Magistrate Judge

Order Re: Clerk's Issuance of
Warrant for Arrest