11-1CE-002221

# Department of the Treasury

## Federal Law Enforcement Agencies

# PROCESS RECEIPT AND RETURN

| PLANTIFF United States of America | COURT CASE NUMBER 2:12-CV-01263 GEB-CKD |
|---|---|
| DEFENDANT Approx $26,973.00 in U.S.C. | TYPE OF PROCESS Service |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.
Ngek You

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
77 Dover Street, Lowell MA 01891-2904

| SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| U.S. Attorney's office Attn: K. Ford 501 I Street, Suite 10-100 Sacramento, CA 95814 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE |
| | CHECK BOX IF SERVICE IS ON USA |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please personally serve Ngek You with copies of the complaint, app, order for publication, order re clerk's issuance of warrant for arrest, warrant for arrest, order setting status (pretrial scheduling) conference, ntc of avail of magistrate judge, ntc of avail. of VDR, and Notice of Forfeiture Action.

| Signature of Attorney or other Originator requesting service on behalf of: (✓) Plaintiff ( ) Defendant  Tammy Segelia | TELEPHONE NO. (916) 554-2732 | DATE 5/15/12 |
|---|---|---|
| SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS. | | |

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. No. | District of Origin No. | District to Serve No. 38 | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE 6/5/12 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[X] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE. | ( ) A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE | TIME OF SERVICE ( ) AM ( ) PM. | |
| | SIGNATURE, TITLE AND TREASURY AGENCY | | |

REMARKS: THE LISTED INDIVIDUAL NO LONGER LIVES AT THE LISTED ADDRESS. NO FOWARDING INFORMATION WAS ABLE TO BE LOCATED.

TD F 90-22.48 (6/96)

E-00221



# Department of the Treasury
## Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLANTIFF United States of America | COURT CASE NUMBER 2:12-CV-01253-GEB-CKD |
|---|---|
| DEFENDANT Approx. $26,973.00 — U.S.C. | TYPE OF PROCESS Service |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.
Ngek You

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
119 Grand Street, Lowell MA 01851-2625

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
U.S. Attorney's office
Attn: K. Ford
501 I Street, Suite 10-100
Sacramento, CA 95814

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)
Please personally serve Ngek You with copies of the complaint, app' or order for publication, order re: Clerk's issuance of warrant for arrest, warrant for arrest, order setting status (pretrial scheduling) conference, ntc. of avail. of Magistrate Judge, ntc. of avail of VDR, and notice of Forfeiture Action.

| Signature of Attorney or other Originator requesting service on behalf of: ☒ Plaintiff ( ) Defendant  *Tammy Segeia*  K. Ford | TELEPHONE NO. (916) 554-2732 | DATE 5/15/12 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. | District to Serve No. 38 | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. SA *Ben* | DATE 6/5/12 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

☒ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE. | ( ) A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE | TIME OF SERVICE | ( ) AM ( ) PM. |
| | SIGNATURE, TITLE AND TREASURY AGENCY | | |

REMARKS: THE LISTED INDIVIDUAL NO LONGER LIVES AT THE LISTED ADDRESS. NO FOWARDING INFORMATION WAS ABLE TO BE LOCATED.
SA Ben

TD F 90-22.48 (6/96)

**WHITE COPY -** Return to Court