BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-01253-GEB-CKD |
|---|---|
| Plaintiff, | |
| v. | REQUEST TO CONTINUE THE AUGUST 20, 2012 SCHEDULING CONFERENCE; PROPOSED ORDER |
| APPROXIMATELY $26,973.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States submits the following Request to Continue the August 20, 2012 Scheduling Conference. For the reasons set forth below, there is good cause to continue the currently set August 20, 2012 scheduling conference to October 15, 2012.

**Introduction**

On May 10, 2012, the United States filed a civil forfeiture complaint against Approximately $26,973.00 in U.S. Currency ("defendant currency") based on its involvement in federal drug law violations. All known potential claimants to the defendant currency were served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority. Additionally,

1 public notice on the official internet government forfeiture site, www.forfeiture.gov,
2 began on May 16, 2012 and ran for thirty consecutive days, as required by Rule
3 G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset
4 Forfeiture Actions.

## Good Cause

There is good cause to continue the scheduling conference currently set for August 20, 2012. The United States provided notice to potential claimants pursuant to law and, no party having appeared in the case, requested clerk's defaults of certain individuals with a potential interest in the defendant currency on July 9, 2012.[1] Rule 55(a) defaults were entered against these individuals on July 13, 2012. The United States is currently drafting its motion for default judgment and final judgment of forfeiture, and will file the dispositive motion documents next week.

Whereas the United States provided notice of the forfeiture complaint and no party has filed a claim, nor sought an extension of time to comply with the statutory deadlines, or otherwise asserted an interest in this litigation. And whereas Rule 55(a) defaults were entered against those individuals with a potential interest in the defendant currency, and the United States will file its motion for default judgment and final judgment of forfeiture to conclude the case, the United States requests that this Court continue the scheduling conference currently calendared for August 20, 2012 before the Honorable Garland E. Burrell, Jr., pending the resolution of the United States' motion for default judgment and final judgement of forfeiture. For these

///
///
///
///

---

[1] Specifically, the United States requested the Clerk of Court enter the defaults of Ngek You, Adel Sambrano Ramos, and Jojie Sambrano Ramos. ECF No. 10.

1 reasons, the United States seeks to continue the currently set August 20, 2012
2 scheduling conference to October 15, 2012, or continue the scheduling conference to a
3 date the Court deems acceptable.

5 Dated: 8/3/2012         BENJAMIN B. WAGNER
                          United States Attorney

7                          /s/ Kevin C. Khasigian
8                         KEVIN C. KHASIGIAN
                          Assistant U.S. Attorney

## ORDER

Pursuant to Plaintiffs' request and good cause appearing, the Court makes the following order:

The scheduling conference currently set for August 20, 2012 is continued to October 15, 2012 at 2:00 p.m. in Courtroom 5 before the Honorable Garland E. Burrell, Jr. A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated: August 6, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge