IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $26,973.00 IN U.S. CURRENCY,<br><br>    Defendant. | 2:12-CV-01253-GEB-CKD<br><br>FINDINGS AND RECOMMENDATIONS |

   This matter came before the court on the United States' ex parte motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant currency to oppose the United States' motion.  Based on the United States' motion and the files and records of the court, THE COURT FINDS as follows:

   1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed May 10, 2012.

   2. The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Ngek You, Adel Sambrano Ramos and Jojie Sambrano Ramos.

   3. The United States has shown that a complaint for forfeiture was filed; that potential

1  claimants Ngek You, Adel Sambrano Ramos and Jojie Sambrano Ramos received notice of the
2  forfeiture action; that any and all other unknown potential claimants have been served by
3  publication; and that grounds exist for entry of a final judgment of forfeiture.
4      Therefore, IT IS RECOMMENDED as follows:
5      1. That Ngek You, Adel Sambrano Ramos and Jojie Sambrano Ramos be held in default;
6      2. That the United States' motion for default judgment and final judgment of forfeiture be
7  granted;
8      3. That a judgment by default be entered against any right, title, or interest of potential
9  claimants Ngek You, Adel Sambrano Ramos and Jojie Sambrano Ramos in the defendant currency
10 referenced in the above caption;
11     4. That a final judgment be entered, forfeiting all right, title, and interest in the defendant
12 currency to the United States, to be disposed of according to law.
13     5. That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by
14 the Honorable Garland E. Burrell, Jr. and filed by the Clerk of the Court.
15     These findings and recommendations are submitted to the United States District Judge
16 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen (14) days
17 after being served with these findings and recommendations, any party may file written objections
18 with the court and serve a copy on all parties.  Such a document should be captioned "Objections to
19 Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served
20 and filed within seven (7) days after service of the objections.  The parties are advised that failure to
21 file objections within the specified time may waive the right to appeal the District Court's order.
22 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 8, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE